**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff/Appellee,**

                                   **Case No.   6:05-cr-211-Orl-28GJK**

**v.**

**LOMIKA HARDY,**

        **Defendant/Appellant.**

_____/

**NOTICE OF APPEAL**


     NOTICE IS HEREBY GIVEN that Defendant/Appellant, Lomika Hardy, pursuant to Fed. R. App. P. 4(b), appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's  order denying a reduction of sentence in this matter entered on June 16, 2008.

     Respectfully submitted this the 27rd day of June, 2008.


                                   **James T. Skuthan**
                                   **Acting Federal Public Defender**


                                   *s/ Rosemary Cakmis*
                                   Rosemary Cakmis
                                   Assistant Federal Public Defender
                                   Florida Bar No. 0343498
                                   201 S. Orange Ave., Suite 300
                                   Orlando, FL 32801
                                   Telephone: 407-648-6338
                                   Facsimile: 407 648-6095
                                   E-Mail: rosemary_cakmis@fd.org