# United States Court of Appeals

**Eleventh Circuit**
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
**Clerk**

For rules and forms visit
www.ca11.uscourts.gov

June 16, 2009

Sheryl L. Loesch
Clerk, U.S. District Court
801 N FLORIDA AVE RM 220
TAMPA FL 33602-3849

**Appeal Number: 08-11554-GG**
Case Style: USA v. Kenny Lidyall Eason
District Court Number: 98-00193 CR-T-17B

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of
this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant
to 11th Cir. R. 27-2, "A motion to reconsider, vacate, or modify an order must be filed
within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Brenda McConnell (404) 335-6209

This notice also applies to all appeals consolidated with this case. (See Order for
list of case styles)

Encl.



# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 1 6 2009

THOMAS K. KAHN
CLERK

---

No. 08-11554-GG

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENNY LIDYALL EASON,

Defendant-Appellant.

---

No. 08-11969-CC

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROGER J. GRACE,

Defendant-Appellant.

_____

No. 08-11971-JJ

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEVIN DeWRIGHT WEBB,

Defendant-Appellant.

_____

No. 08-11972-AA

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANGELA SWEAT GRINDLE,

Defendant-Appellant.

2

No. 08-12616-FF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus                    5:03-cr-30

BENJAMIN FRANKLIN MAXEY, JR.,

Defendant-Appellant.

No. 08-12617-G

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus                    5:99-cr-30

ALEXANDER H. GRIFFIN,

Defendant-Appellant.

3

---
No. 08-12631-EE
---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:99-cv-11

NAMON FREENEY, III,

Defendant-Appellant.

---
No. 08-12644-AA
---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

5:05-cv-11

CHRISTOPHER LAMAR MAXEY,

Defendant-Appellant.

4

---

No. 08-12645-B

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

5:02-cr-17

ANDREW MARCELLO HILL,

Defendant-Appellant.

---

No. 08-12648-F

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

5:03-cr-73

THADDEUS LEE SHARP,

Defendant-Appellant.

---

## No. 08-12681-G

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER E. GOODLOE,

Defendant-Appellant.

---

## No. 08-12682-HH

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REMUS ALEXANDER BULMER,

Defendant-Appellant.

6

---
No. 08-12766-DD
---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:01-cr-29

JAMES EDWARD BELLAMY,

Defendant-Appellant.

---
No. 08-12769-G
---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:00-cr-91

JACK MURCHISON,

Defendant-Appellant.

7

---

No. 08-12861-BB

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GREGORY KEITH THOMPSON,

Defendant-Appellant.

---

No. 08-12864-FF

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus                    6:02.cv-134

ANTONIO DESHA LOVETT,

Defendant-Appellant.

8

No. 08-12958-DD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MAURICE HUNTER,

Defendant-Appellant.

No. 08-13073-G

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:07-cv - 14

ANDRAE LERON JOHNSON,

Defendant-Appellant.

9

No. 08-13074-HH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:02-cr-110

WILLIE H. MURPHY,

Defendant-Appellant.

No. 08-13075-J

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:02-cr-16

LAMONT DEWAYNE LEE,

Defendant-Appellant.

10

---

No. 08-13076-AA

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:0fcr-141

ANTHONY GILBERT CALLOWAY,

Defendant-Appellant.

---

No. 08-13077-B

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:00-cr-7

KENNETH LEROY THOMPSON,

Defendant-Appellant.

11

No. 08-13080-FF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:97-Cr 193

ANDREW NECO GEBREHAWARIAT,

Defendant-Appellant.

No. 08-13081-FF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:97-cr-193

STEVEN RAY RUSSELL,

Defendant-Appellant.

12

No. 08-13082-HH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:92-cv-191

ARTHUR LEE BENNEFIELD,

Defendant-Appellant.

No. 08-13105-JJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:98-cv-21

GABRIEL SWANN,

Defendant-Appellant.

13

No. 08-13106-CC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:92-cv-105

BARON ANTHONY EWING,

Defendant-Appellant.

No. 08-13150-JJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:97-cv-213

HANDY BAILEY, JR.

Defendant-Appellant.

14

No. 08-13189-JJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT R. CURTIS,

Defendant-Appellant.

No. 08-13195-G

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

$5:05 cv-10$

DERRICK A. HUBBARD,

Defendant-Appellant.

15

No. 08-13196-JJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

5: 97-cv-38

REGINALD STARKER,

Defendant-Appellant.

No. 08-13199-D

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

5:05cv-25

JOYCE DEBORAH JENKINS,

Defendant-Appellant.

16

No. 08-13244-GG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:04-cr-41

KENDALL FURLOW,

Defendant-Appellant.

No. 08-13245-JJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:99cr75

WILLIAMS JAMES PRESTON,

Defendant-Appellant.

17

No. 08-13263-E

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BERNARD RAMON HARPER,

Defendant-Appellant.

No. 08-13264-FF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ISAAC MOORE,

Defendant-Appellant.

18

---

## No. 08-13358-BB

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUSSELL RIVERA,

Defendant-Appellant.

---

## No. 08-13373-D

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

IRVIN JOE FRAZIER,

Defendant-Appellant.

19

---

No. 08-13483-C

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALVIN BERNARD WINFORD,

Defendant-Appellant.

---

No. 08-13491-DD

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:99-cr-200

ERIC K. RICHARDSON,

Defendant-Appellant.

---

No. 08-13492-DD

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6-99-cr-2

PATRICK CARRS,

Defendant-Appellant.

---

No. 08-13493-HH

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:02-cr-110

PATRICK NATHEL PERRY,

Defendant-Appellant.

21

---

No. 08-13564-JJ

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL ANTONIO BROWN,

Defendant-Appellant.

---

No. 08-13584-G

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TARUS JONES,

Defendant-Appellant.

22

---

No. 08-13587-BB

---

UNITED STATES OF AMERICA,

Plaintiff-Appelle

versus

$5:01-cv-18$

MARCO A. MOSBY,

Defendant-Appellar

---

No. 08-13588-DD

---

UNITED STATES OF AMERICA,

Plaintiff-Appell

versus

$6:02-cr-115$

SAMUEL WATSON,

Defendant-Appella

23

---

No. 08-13626-G

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DENNIS L. JENKINS,

Defendant-Appellant.

---

No. 08-13632-FF

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEFFREY BENNETT BARNES,

Defendant-Appellant.

24

No. 08-13633-GG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RILEY BAILEY,

Defendant-Appellant.

No. 08-13749-DD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:05-cv-211

LOMIKA ALOJUANA HARDY,

Defendant-Appellant.

25

No. 08-13750-E

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:01-cr-106

DARRANCE THOMAS,

Defendant-Appellant.

No. 08-13804-C

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:98-cr-25

ALFHONSO L. CUMMINGS,

Defendant-Appellant.

26

No. 08-13853-FF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:98-cv-106

HENRY LEE WHITE,

Defendant-Appellant.

No. 08-13862-GG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLA YVETTE HOLTE,

Defendant-Appellant.

27

---

No. 08-13863-JJ

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TYRONE LEON TALIAFERRO,

Defendant-Appellant.

---

No. 08-13883-DD

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES LEMAR KENDRICK,

Defendant-Appellant.

28

No. 08-13932-EE

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANIEL BELLAMY,

Defendant-Appellant.

No. 08-13985-C

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:03-cr-85

BRUCE DERRICK DYER,

Defendant-Appellant.

29

---

## No. 08-14127-BB

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID CHAPELLE WILLIAMS,

Defendant-Appellant.

---

## No. 08-14177-D

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDDIE LEE WALKER,

Defendant-Appellant.

30

No. 08-14194-EE

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE JAMES CALHOUN, JR.,

Defendant-Appellant.

No. 08-14305-HH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus                                    6:06-cv-223

DANA EMEL KING,

Defendant-Appellant.

31

No. 08-14329-EE

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6: 06-cv - 2

RORY GERALD GIBSON,

Defendant-Appellant.

No. 08-14336-DD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:97-cr-124

HADLEY LEE MALLORY, JR.,

Defendant-Appellant.

32

---

No. 08-14456-FF

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTORIA BUTLER CARRADINE,

Defendant-Appellant.

---

No. 08-14589-HH

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCUS DEONTE BRITT,

6:05-cr-106

Defendant-Appellant.

33

---

No. 08-14590-HH

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AARON ERIC WILLIAMS,

Defendant-Appellant.

---

No. 08-14591-HH

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:02-cr-74

WALTER LEE ARGRO, JR.,

Defendant-Appellant.

34

---

No. 08-14648-FF

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WALTER LEE JONES, JR.,

Defendant-Appellant.

---

No. 08-14885-FF

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANK PACE,

Defendant-Appellant.

---

No. 08-14886-GG

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GREGORIO RAMOS,

Defendant-Appellant.

---

No. 08-14938-CC

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM MARTINEZ,

Defendant-Appellant.

36

No. 08-14945-BB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANNICE JERMAINE MOYE,

Defendant-Appellant.

No. 08-14947-DD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE NELSON,

Defendant-Appellant.

37

No. 08-14950-GG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TONY CAMPBELL,

Defendant-Appellant.

No. 08-14952-AA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RORY LARRY LEE,

Defendant-Appellant.

38

No. 08-15044-E

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER LANCE JONES,

Defendant-Appellant.

No. 08-15046-GG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CLIFTON JOHNSON,

Defendant-Appellant.

39

---

## No. 08-15051-AA

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TIMOTHY WAYNE LEE,

Defendant-Appellant.

---

## No. 08-15055-EE

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERSKINE DONNELL CROSS,

Defendant-Appellant.

40

No. 08-15101-FF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODOLFO IBARRA-MARTINEZ,

Defendant-Appellant.

No. 08-15103-JJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALONZO BASKIN,

Defendant-Appellant.

41

No. 08-15239-E

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LONNIE CAMEL, JR.,

Defendant-Appellant.

No. 08-15339-A

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC VICKERS,

6:99-cv-58

Defendant-Appellant.

42

No. 08-15341-C

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:97-cr-197

VINCENT AUGUST,

Defendant-Appellant.

No. 08-15349-CC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELLIS LORENZO MILLS,

Defendant-Appellant.

43

No. 08-15469-CC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6: 98·cv - 242

DEDRICK T. GARRETT,

Defendant-Appellant.

. No. 08-15470-DD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6: 99-cv· 2

LUCIOUS SCOTT,

Defendant-Appellant.

44

No. 08-15509-C

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ADRIAN DONNELL JENKINS,

Defendant-Appellant.

No. 08-16033-CC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAY ALTON OLIVER,

45

Defendant-Appellant.

---

No. 08-16076-GG

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VERONICA RILEY,

Defendant-Appellant.

---

No. 08-16214-CC

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONALD SWAIN,

46

Defendant-Appellant.

---

No. 08-16265-FF

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES EARL SAMPSON, JR.,

Defendant-Appellant.

---

No. 08-16345-G

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus                    6:99-cr-82

ELTON JONES,

47

Defendant-Appellant.

—————————

No. 08-16397-CC

—————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARQUETTE CLENON PITTMON,

Defendant-Appellant.

—————————

No. 08-16399-EE

—————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DEWAYNE COLLINS,

48

Defendant-Appellant.

_____

No. 08-16407-EE

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICKY MILLS,

Defendant-Appellant.

_____

No. 08-16546-AA

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM LEE CLARIDY,

49

Defendant-Appellant.

————————

No. 08-16554-AA

————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELDRED TRACY KELLUM,

Defendant-Appellant.

————————

No. 08-16556-CC

————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAIQUIRI LEON HILL,

50

Defendant-Appellant.

---

No. 08-16590-EE

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES EDWARDS,

Defendant-Appellant.

---

No. 08-16591-FF

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GERALD JERMAINE BRABHAM,

51

Defendant-Appellant.

_____

No. 08-16592-GG

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO MANUEL LOPEZ,

Defendant-Appellant.

_____

No. 08-16605-EE

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAUCHAUN TIANT BLOUNT,

52

Defendant-Appellant.

---

No. 08-16607-EE

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERNEST C. STRONG,

Defendant-Appellant.

---

No. 08-16641-AA

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALLEN JOHNSON,

53

Defendant-Appellant.

---

No. 08-16645-EE

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL ANTHONY REESE,

Defendant-Appellant.

---

No. 08-16748-DD

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6: 03-cr-18

LENARD TAYLOR,

54

Defendant-Appellant.

---

No. 08-16785-AA

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:02-cr-90

LEON WILLIAMS, JR.,

Defendant-Appellant.

---

No. 08-16786-BB

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:00-cr-156

KNOLLY EDWARDS,

55

Defendant-Appellant.

---

No. 08-16787-CC

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:07-cr-73

RICKY DOUGLAS HAYNES, JR.,

Defendant-Appellant.

---

No. 08-16789-EE

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:04-cr-66

EDWARD JEROME BURTON,

56

Defendant-Appellant.

_____

No. 08-16790-FF

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:04-cr-105

RAYMOND WILLIAMS,

Defendant-Appellant.

_____

No. 08-16791-GG

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:04-cr-150

ROY EDWARD DETREVILLE,

57

Defendant-Appellant.

---

No. 08-16853-EE

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN LAWRENCE PITTMAN,

Defendant-Appellant.

---

No. 08-16854-FF

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ISAAC SIMMONS JOHNSON,

58

Defendant-Appellant.

_____

No. 08-16855-GG

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN LEWIS MAXWELL,

Defendant-Appellant.

_____

No. 08-16856-JJ

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRANCE DALONE PARKER,

59

Defendant-Appellant.

———————————

No. 08-16896-HH

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JASON JAMAAL JACKSON,

Defendant-Appellant.

———————————

No. 08-16932-HH

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:99-cr-79

DERRICK W. LOWE,

60

Defendant-Appellant.

---

No. 08-16988-BB

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

6:93-cr-121

ELVIS BRANDY,

Defendant-Appellant.

---

No. 08-17087-BB

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALFRED LEE JACKSON,

61

Defendant-Appellant.

----------------------------

No. 08-17172-GG

----------------------------

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BYRON TARSHAE COWART,

Defendant-Appellant.

----------------------

On Appeal from the United States District Court for the
Middle District of Florida

----------------------

BEFORE: BIRCH, HULL and MARCUS, Circuit Judges.

BY THE COURT:

In these consolidated cases, Appellants appeal from the District Courts' orders

denying them reductions of their sentences under Amendment 706 of the Sentencing

Guidelines, which amended the base offense levels in U.S.S.G. § 2D1.1(c) applicable

to crack cocaine, because Appellants were sentenced as career offenders. After

issuance of this Court's opinion in U.S. v. Moore, 541 F.3d 1323 (11th Cir. 2008),

the parties to these appeals were directed to advise the Court whether any issues remained unresolved in light of Moore.

Conceding that the holding in Moore disposed of each of their claims, Appellants have filed petitions for hearing this matter en banc, in order to determine whether Moore was correctly decided. The Court has since denied the petition for hearing en banc.

In light of Appellants' admission that their sentences squarely fall within the parameters of Moore and the denial of Appellants' petitions for hearing en banc, we summarily AFFIRM the District Courts' Orders denying sentence reductions to Appellees. See U.S. v. Paradies, 98 F.3d 1266, 1277 n.13 (11th Cir. 1996); Groendyke Transport v. Davis, 406 F.2d 1158, 1162 (5th Cir. 1969).

**AFFIRMED.**

2

Defendant-Appellant.

No. 08-17172-GG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BYRON TARSHAE COWART,

Defendant-Appellant.

On Appeal from the United States District Court for the
Middle District of Florida

BEFORE: BIRCH, HULL and MARCUS, Circuit Judges.

BY THE COURT:

In these consolidated cases, Appellants appeal from the District Courts' orders denying them reductions of their sentences under Amendment 706 of the Sentencing Guidelines, which amended the base offense levels in U.S.S.G. § 2D1.1(c) applicable to crack cocaine, because Appellants were sentenced as career offenders. After issuance of this Court's opinion in U.S. v. Moore, 541 F.3d 1323 (11th Cir. 2008),

the parties to these appeals were directed to advise the Court whether any issues remained unresolved in light of <u>Moore</u>.

Conceding that the holding in <u>Moore</u> disposed of each of their claims, Appellants have filed petitions for hearing this matter <u>en</u> <u>banc</u>, in order to determine whether <u>Moore</u> was correctly decided. The Court has since denied the petition for hearing <u>en</u> <u>banc</u>.

In light of Appellants' admission that their sentences squarely fall within the parameters of <u>Moore</u> and the denial of Appellants' petitions for hearing <u>en</u> <u>banc</u>, we summarily AFFIRM the District Courts' Orders denying sentence reductions to Appellees.   <u>See</u> <u>U.S. v. Paradies</u>, 98 F.3d 1266, 1277 n.13 (11th Cir. 1996); <u>Groendyke Transport v. Davis</u>, 406 F.2d 1158, 1162 (5th Cir. 1969).

**AFFIRMED.**

2

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia